564

*Edward Unterberger,* with him *Warren Y. Francis,* for appellant.

*John F. Christie, III,* with him *High, Swartz, Roberts & Seidel,* for appellees.

OPINION PER CURIAM, June 28, 1971:
Order affirmed. See *Unger v. Hampton Twp.,* 437 Pa. 399, 263 A. 2d 385 (1970).

Dembec et ux., Appellants, *v.* Grubbs.

Argued March 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*James C. Larrimer,* with him *Dougherty, Larrimer, Lee & Hickton,* for appellants.

*Charles D. Coll,* for appellees.

OPINION PER CURIAM, June 28, 1971:
Decree affirmed. Each side to pay one-half of the costs.

## Sulewski *v.* Ambrose et ux., Appellants.

Argued April 26, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Paul R. Mahler,* with him *John H. Hibbard,* for appellants.

*Frank Townend,* with him *Michael C. McHugh,* for appellees.

OPINION PER CURIAM, June 28, 1971:
Decree affirmed; costs on appellants.
Mr. Justice JONES took no part in the consideration or decision of this case.